# EXHIBIT 1– 8/30/2023 Mutual Release of Claims Agreement

# REDACTED VERSION OF EXHIBIT FILED UNDER SEAL

**EXHIBIT 2 – 8/5/2023 through 8/9/2023 email from Christina Costley to Ajay Krishnan**

**REDACTED VERSION OF EXHIBIT FILED UNDER SEAL**

# EXHIBIT 3 – 4/22/2024 Letter from Turing to Song and AGI7

# REDACTED VERSION OF EXHIBIT FILED UNDER SEAL