**KATTEN MUCHIN ROSENMAN LLP**
Christina Costley (SBN 227134)
christina.costley@katten.com
Paul Yong (SBN 303164)
paul.yong@katten.com
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
Telephone: (310) 788-4400
Facsimile: (310) 788-7741

Attorneys for Plaintiff TURING VIDEO TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Turing Video Technology, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>AGI7 INC.,<br><br>Defendant. | Case No. 5:24-cv-04606-EKL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Dept: Courtroom 7 – 4th Floor<br>Judge: Hon. Eumi K. Lee<br><br>Complaint Filed: June 26, 2024<br><br>Action Removed: July 30, 2024 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Turing Video Technology, Inc., by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this action without prejudice.

Defendant AGI7 Inc. has not answered or moved for summary judgment.

Dated: March 10, 2026

**KATTEN MUCHIN ROSENMAN LLP**

/s/ *Christina Costley*________
Christina Costley
Paul Yong

Attorneys for Plaintiff TURING VIDEO TECHNOLOGY, INC.